FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 17 P 3: 49

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ANITA F. CHILDERS,

    Plaintiff,

vs.

WAYNE COUNTY BOARD OF EDUCATION; JERRY JONES, individually, and THE WAYNE COUNTY SCHOOL DISTRICT,

    Defendants.

CIVIL ACTION NO.: CV298-127

## ORDER

The Court has considered the motion of Deborah B. Brown, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. Said motion is **DENIED**, at this time, for failure to comply with the provisions of Local Rule 83.4.

SO ORDERED, this 17th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)